## Commonwealth *v.* Singleton, Appellant.

Submitted September 21, 1971. *Neil Leibman,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended postconviction petition.

WRIGHT, P. J., dissents.

## Commonwealth *v.* Sinwell, Appellant.

Submitted September 13, 1971. *John J. Segata, Jr.,* Assistant Public Defender, for appellant; *Allan B. Goodman,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Order affirmed.